# United States Court of Appeals
## For the First Circuit

No. 08-2099

DUNELLEN, LLC,

Plaintiff, Appellant,

v.

GETTY PROPERTIES CORP.,

Defendant, Appellee.

**ERRATA**

The opinion of this Court, issued on June 1, 2009, should be amended as follows.

On page 3, last line, delete extra space before "despite".

On page 6, line 2, replace "is or is not A" with "Is or Is not a".

On page 7, 1st line of 2nd full paragraph, delete extra space before "of".